JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE C. SIMMONS, | No. EDCV 09-952-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| BEN CURRY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 3, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE